**Defendant: Judy Tung**

**IP:** 216.15.0.181
**ISP:** RCN Corporation
**Location:** Bethesda, MD

| Title | Hash | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|---|
| Big Wet Asses #19 | E776C99EB5DA83A6F678A5EFCC36CBFB9F87680F | 06/06/2011 | 08/26/2011 | 08/30/2011 14:06:36 |
| Big Wet Asses #17 | 0F570BFFD01696FCB514C67DCCFE089AC3C6C68E | 05/22/2010 | 08/06/2010 | 09/01/2011 04:23:47 |

**Total Statutory Copyright Infringements for Defendant Judy Tung:  2**

EXHIBIT A

MD38