## AFFIDAVIT OF NON-SERVICE

## UNITED STATES DISTRICT COURT
### District of Maryland

Case Number: JFM-12-CV-02166

Plaintiff:
**PATRICK COLLINS INC**

vs.

Defendant:
**JUDY TUNG**

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

OCT 09 2012

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

PRS2012018369

For:
Jon A. Hoppe
MADDOX, HOPPE, HOOFNAGLE, & HAFEY, LLC.
1401 Mercantile Ln
Suite 105
Largo, MD 20774

Received by PRIORITY PROCESS to be served on **JUDY TUNG, 5431 ALTA VISTA RD, BETHESDA, MD 20814.**

I, Tom Chedester, being duly sworn, depose and say that on the **30th day of September, 2012 at 1:40 pm, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION AND COMPLAINT**. After due search, careful inquiry and diligent attempts was unable to serve on **JUDY TUNG** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
AFTER SEVERAL ATTEMPTS, I WAS UNABLE TO FIND ANYONE AT HOME AT THE ABOVE ADDRESS. THERE WAS NEVER ANY ANSWER AT THE DOOR AND NO ACTIVITY COMING FROM INSIDE. I LEFT NOTES ON THE DOOR BUT NEVER RECEIVED ANY RESPONSE. I DID A SKIP TRACE AND THE ABOVE ADDRESS IS LISTED AS THE MOST CURRENT SO I SENT THE PAPERS BACK TO BE REISSUED.

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18, under no legal disabilities and have no interest in the above action.



LISA GARTON
Notary Public, State of Maryland
County of Montgomery
My Commission Expires 1/18/2016

Subscribed and sworn to before me on the 3rd day of October, 2012 by the affiant who is personally known to me.

_____
Notary Public

_____
**Tom Chedester**
Process Server

**PRIORITY PROCESS**
P.O. Box 4189
Rockville, MD 20849-4189
(800) 420-8080

Our Job Serial Number: PRS-2012018369

Service Fee: $.00

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m